# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Damian L. Martinez
United States Magistrate Judge

## CLERK'S MINUTES

*Delgado v. Mercer Health & Benefits Administration LLC et al.*
2:25-cv-0524 GBW/DLM

---

### June 16, 2026

| | |
|---|---|
| **Attorney for Plaintiff:** | James M. Feuille |
| **Attorney for Defendant Mercer Health & Benefits Administration LLC:** | Nathaniel Ingraham |
| **Attorney for Defendant Prudential Insurance Agency, LL:** | Shelley R. Hebert |
| **Proceeding**: | Status Conference |
| **Start Time:** | 9:32 a.m. |
| **Stop Time:** | 9:44 a.m. |
| **Total Time:** | 12 minutes |
| **Clerk:** | MA |

### NOTES

- The Court greets the parties.

- The Court notes that on April 13, 2026, the parties filed a joint notice reporting completion of the administrative appeal. The Court further notes that no responsive pleadings were filed on the removed complaint.

- The Court asks whether Plaintiff still intends to file an amended complaint. Mr. Feuille confirms he intends to amend to assert ERISA-based claims following completion of the administrative appeal. The Court asks whether Defendants oppose amendment. Both Ms. Hebert (for Prudential) and Mr. Ingraham (for Mercer) state they do not oppose Plaintiff filing an amended complaint.

- The Court will enter an order permitting Plaintiff to file an amended complaint without the need for a motion. Plaintiff will have 21 days from entry of the order to file the amended complaint. Defendants may then file answers or dispositive motions.

- The Court discusses the benefits of consenting to Judge Wormuth.

- There being nothing further, the Court adjourns.

2