**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PATRICIA NICOLE DELGADO,

      Plaintiff,

v.                                No. 2:25-cv-0524 GBW/DLM

MERCER HEALTH & BENEFITS
ADMINISTRATION LLC and
PRUDENTIAL INSURANCE AGENCY, LLC,

      Defendants.

## ORDER FOR AMENDED COMPLAINT

**THIS MATTER** is before the Court following a status conference. (Doc. 31.) At the conference, Plaintiff indicated her intention to seek leave to amend her complaint, and Defendants stated they did not oppose the request. (*See id.*) The Court finds the following order should be entered.

**IT IS ORDERED** that Plaintiff shall file an amended complaint no later than **July 7, 2026**.

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants shall file any required response to the amended complaint—either an answer or an appropriate motion—within 14 days of its filing.

**IT IS SO ORDERED**.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE