**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

ALBUQUERQUE NM 87

16 JUN 2026 PM 3

FIRST-CLASS

ZIP
02
000

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 9 2026

ERIK PALTROW
CLERK

Ian Morrison
Seyfarth Shaw LLP
131 S Dearborn St #2400
Chicago, IL 60603

NIXIE       601    FE 1          00

RETURN  TO  SENDER
ATTEMPTED  -  NOT KNOWN
UNABLE  TO  FORWARD

BC:  87102227470      *0668-01

87102>2274
60603-557700