25cv524 GbW DLM
DC 32

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
**ALBUQUERQUE, NEW MEXICO 87102**

OFFICIAL BUSINESS

ALBUQUERQUE NM 870

16 JUN 2026 PM 4 L

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**JUN 30 2026**

**ERIK PALTROW**
CLERK

US POSTAGE IMI PITNEY BOWES

ZIP 87102    $ 000.74⁰
02 7W
0008034506 JUN 16 2026

Ian Morrison
Seyfarth Shaw LLP
131 S Dearborn St #2400
Chicago, IL 60603

NIXIE        601    DE  1              0006/25/26
          RETURN  TO  SENDER
                UNCLAIMED
          UNABLE  TO  FORWARD

BC:  8710Z227470        *0768-02763-16-35