# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PATRICIA NICOLE DELGADO,

      Plaintiff,

v.                                                                                          No. 2:25-cv-0524 GBW/DLM

MERCER HEALTH & BENEFITS
ADMINISTRATION LLC and
PRUDENTIAL INSURANCE AGENCY, LLC,

      Defendants.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. On June 16, 2026, the Court held a status conference at which Plaintiff confirmed her intention to file an amended complaint asserting ERISA-based claims, and Defendants stated they did not oppose amendment. (*See* Doc. 31.) That same day, the Court entered an order permitting amendment and directing Plaintiff to file an amended complaint no later than July 7, 2026. (*See* Doc. 32.) Plaintiff did not file an amended complaint by the deadline. The Court will set a status conference to discuss whether Plaintiff intends to proceed with amendment, and to clarify separately that the operative complaint remains the original complaint.

**IT IS THEREFORE ORDERED** that the Court will conduct a telephonic status conference in this matter on **July 22, 2026, at 9:00 a.m. MDT**. Counsel shall call **855-244-8681** and use passcode **2317 194 3997** to be connected.

**IT IS SO ORDERED**.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE